ACCEPTED
15-25-00017-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
3/21/2025 2:07 PM
CHRISTOPHER A. PRINE
CLERK

No. 15-25-00017-CV

**In the Fifteenth Court of Appeals**
**Austin, Texas**

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
3/21/2025 2:07:33 PM
CHRISTOPHER A. PRINE
Clerk

In the Guardianship of Landen Thomas Griswold,
an Incapacitated Person

On Appeal from Cause No. G00074
County Court at Law
Cherokee County, Texas

## UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE APPELLEE'S BRIEF

Pursuant to Texas Rules of Appellate Procedure 10.5(b) and 38.6(d), Appellee, Texas Health and Humas Services Commission ("Appellee") files this unopposed motion seeking a 30-day extension of time to file Appellee's Brief to May 5, 2025. In support of this motion, Appellee shows the following:

1. Appellee's Brief is due April 4, 2025.

2. The following grounds provide good cause for extending the time to file Appellee's Brief. Appellant's counsel has been busy preparing for Supplemental Briefing and Response to a Motion to Intervene and Amicus Briefing before this Court in No. 15-24-00057-CV, Tarleton State University v. Foundation for Individual Rights and Expression; a March 17, 2025

1

deadline for Appellants' Briefing before this Court in No. 15-25-00013-CV, State of Texas et al. v. Broadmoor Austin Associates, and No. 15-25-00012-CV, State of Texas et al. v. 8317 Cross Park, LLC; a April 7, 2025 deadline for Appellants' Briefing before this Court in No. 15-25-00013-CV, The Board of Regents of the University of Texas System, The University of Texas System, and the University of Texas M.D. Anderson Cancer Center v. Gensetix, Inc.; and a April 7, 2025 deadline for Merits Briefing before the Texas Supreme Court, 24-1078, Paxton v. City of Austin and Austin Transit Partnership Local Government Corporation.

3.    This is the first request for an extension of time to file Appellee's Brief before this Court.

4.    The motion is unopposed.

5.    This motion is not filed for the purpose of delay, nor will Appellant be harmed because Appellant is unopposed to this extension request.

<strong><u>Prayer</u></strong>

For these reasons, Appellee respectfully request that the Court grant an extension of time of 30-days to file Appellee's Brief to May 5, 2025 and grant it any other relief to which it may be justly entitled.

2

Respectfully submitted.

**KEN PAXTON**
Attorney General

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy First Assistant Attorney General

**AUSTIN KINGHORN**
Deputy Attorney General for Civil Litigation

**KIMBERLY GDULA**
Chief, General Litigation Division

*/s/ Alyssa Bixby-Lawson*
**ALYSSA BIXBY-LAWSON**
*Attorney in Charge*
Texas Bar No. 24122680
Assistant Attorneys General
General Litigation Division
P.O. Box 12548
Austin, Texas 78711
(210) 270-1118 – Phone
(512) 320-0667 – Fax
alyssa.bixby-lawson@oag.texas.gov

***Counsel for Appellee***

3

## CERTIFICATE OF SERVICE

I certify that on March 21, 2025, a true and correct copy of this document was served via the court's e-service system on the following counsel of record:

Tracia Y. Lee
Tracia.Lee@keanmiller.com
Laurel M. Smith
Laurel.Smith@keanmiller.com
Pennzoil South Tower
711 Louisiana Street, Suite 1800
Houston, Texas 77002
(713) 844-3000
e-serve@keanmiller.com

***Counsel for Appellee***

_/s/ Alyssa Bixby-Lawson_
**ALYSSA BIXBY-LAWSON**
Assistant Attorney General

# Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Victoria Gomez on behalf of Alyssa Bixby-Lawson
Bar No. 24122680
victoria.gomez@oag.texas.gov
Envelope ID: 98745819
Filing Code Description: Motion
Filing Description: 20250321 Unopposed Motion for Extension of Time
Status as of 3/21/2025 2:46 PM CST

Associated Case Party: Texas Health and Human Services Commission

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Jonathan Petix | 24027728 | jonathan.petix@hhs.texas.gov | 3/21/2025 2:07:33 PM | SENT |
| Alyssa Bixby-Lawson | 24122680 | alyssa.bixby-lawson@oag.texas.gov | 3/21/2025 2:07:33 PM | SENT |
| Victoria Gomez | | victoria.gomez@oag.texas.gov | 3/21/2025 2:07:33 PM | SENT |

Associated Case Party: Candice Jeffcoat

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Tracia Lee | | e-serve@keanmiller.com | 3/21/2025 2:07:33 PM | SENT |